IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEVAN BURROUGHS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-542-TFM |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Defendant's *Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Case to Defendant* and Brief in Support (Docs. 18-19, filed 4/6/16). The motion requests remand pursuant to sentence four of 42 U.S.C. § 405(g). The Plaintiff does not object to the remand.

Accordingly, it is hereby ORDERED that the motion to remand (Doc. 18) is GRANTED. It is further ORDERED and ADJUDGED that the decision of the Commissioner is hereby REVERSED and this case is REMANDED to the Commissioner for further proceedings consistent with this opinion.

On remand, the Administrative Law Judge (ALJ) shall consider the following: (a) re-evaluate Plaintiff's fecal incontinence; (b) further evaluate and explain the weight given to the opinion evidence, including Dr. Alayne Markland's opinion; (c) reassess Plaintiff's residual functional capacity, as necessary; and (d) if warranted, obtain

supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base.

A separate judgment shall be entered.

DONE this 7th day of April, 2016.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE